

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 5, 2018**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FOREST PARK REALTY PARTNERS | § | Case No. 15-34814-sgj-11 |
| III, LP, | § | (Chapter 11) |
| | § | |
| DEBTOR. | § | |

### ORDER GRANTING UNOPPOSED
### MOTION TO CONTINUE HEARING

ON THIS DATE the Court considered the Unopposed Motion to Continue Hearing (the "**Motion to Continue**") on the Motion to Determine the Allowed Amount of Administrative Claims of Neal Richards Group Forest Park Development (the "**Motion**") filed by Howard Marc Spector, the State Court-appointed receiver for Neal Richards Group Forest Park Development, LLC ("**NRG-FPD**"). The Court, finding that notice and service of the Motion to Continue was proper; that the Court has jurisdiction over this case; that the Court has the authority to grant the

relief requested in the Motion to Continue; and that the Motion to Continue is unopposed; and that the Motion to Continue is well taken and should be GRANTED.  It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Motion to Continue is **GRANTED**.  It is further

**ORDERED, ADJUDGED AND DECREED** that the Motion to Determine the Allowed Amount of Administrative Claims of Neal Richards Group Forest Park Development shall be held on **February 5, 2018 at 9:30 a.m**. before the Honorable Stacey G. C. Jernigan, United States Bankruptcy Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242

# # # End of Order # # #